**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Spraytech LLC | ) | |
| | ) | Chapter 11 |
| | ) | Case No. 25-10140 |
| | ) | |
| | ) | |
| | ) | Judge: Jacqueline P. Cox |
| Debtor(s) | ) | |

## NOTICE OF DEBTOR'S MOTION TO MAINTAIN PREPETITION BANK ACCOUNT

**TO: Served Upon the following parties electronically:**

Acting U.S. Trustee, Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604

Trustee Matthew Brash, Newpoint Advisors Corporation, 5600 N. River Road, Suite 800 Rosemont, IL 60018

**By US Mail:**

U.S. Bank National Association, c/o Gunjan Kedia President & CEO, 800 Nicollet Mall, Minneapolis, MN 55402

See Attached Service List

    PLEASE TAKE NOTICE that on July 22, 2025, at 1:00 pm, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, either in courtroom 680 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St, Chicago, IL 60604, or electronically as described below, and present the Debtor's Motion to Maintain Prepetition Bank Account, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID**. The meeting ID for this hearing is **161 273 2896** and the passcode is **778135**. The meeting ID can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

## Certification of Service

The undersigned, an attorney, certify that I transmitted a copy of this notice and the attached motion to the party on the service list above via regular U.S. Mail with postage prepaid from the mailbox located at 8707 Skokie Blvd, #312, Skokie, IL 60077-2269 on July 14, 2025. Furthermore, I certify that Adam Brief and Trustee Matthew Brash were notified via ECF notification on July 14, 2025.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 25-10140<br>Northern District of Illinois<br>Eastern Division<br>Sun Jul 13 13:52:19 CDT 2025 | Spraytech LLC<br>3601 Grand Ave.<br>Gurnee, IL 60031-3790 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American Express National Bank<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | BMO Harris Bank<br>Attn: Bankruptcy<br>Po Box 2035<br>Milwaukee, WI 53201-2035 | (p)BYLINE BANK<br>ATTN PAYROLL/K WALTERS<br>180 N LASALLE ST<br>SUITE 300<br>CHICAGO IL 60601-3110 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cromwell Capital LLC<br>398 E Dania Beach Blvd #297<br>Dania, FL 33004-3051 | Forward Financing LLC<br>53 State St.<br>20th Floor<br>Boston, MA 02109-2820 |
| GB Properties Solutions, Inc.<br>125 N Halstedt<br>Suite 203<br>Chicago, IL 60661-2159 | Home Depot Credit Services<br>PO BOX 9001030<br>Louisville, KY 40290-1030 | Home State Bank<br>40 Grant St<br>PO BOX 1738<br>Crystal Lake, IL 60039-1738 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Itria Ventures LLC<br>1 Penn Plaza<br>Suite 3101<br>New York, NY 10119-3101 | Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604 |
| National Funding<br>4380 La Jolla Village Drive<br>San Diego, CA 92122-1233 | National Funding, Inc<br>Robert Zahradka, Esq.<br>4380 La Jolla Village Drive<br>San Diego, CA 92122-1233 | Piotr Gryz<br>1119 Dickens Ave.<br>Naperville, IL 60563-4302 |
| Toyota Financial Services<br>Bankruptcy Department<br>19001 S. Western Ave.<br>Torrance, CA 90501 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Web Bank<br>215 South State St<br>Suite 1000<br>Salt Lake City, UT 84111-2336 |
| Adam G. Brief<br>Office of the U. S. Trustee, Region 11<br>219 South Dearborn<br>Room 873<br>Chicago, IL 60604-2027 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | Matthew Brash<br>Newpoint Advisors Corporation<br>5600 N. River Road<br>Suite 800<br>Rosemont, IL 60018-5166 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Byline Bank<br>Bankruptcy Dept<br>180 N. LaSalle St<br>Chicago, IL 60601 | Us Bank<br>Attn: Bankruptcy<br>Po Box 5229<br>cincinnati, OH 45201 | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     0<br>Total                  23 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Spraytech LLC | ) | |
| | ) | **Chapter 11** |
| | ) | **Case No. 25-10140** |
| | ) | |
| | ) | |
| | ) | **Judge: Jacqueline P. Cox** |
| Debtor(s) | ) | |

### MOTION TO MAINTAIN PREPETITION BANK ACCOUNTS

Spraytech LLC ("Debtor"), pursuant to 11 U.S.C. §§ 105 and 363, moves this Court for the entry of an order (the "Motion") authorizing the (i) maintenance of the Debtor's existing bank account, (ii) continued use of its existing cash management systems, and (iii) continued use of its existing business forms. In support of the Motion, the Debtor states as follows:

### JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELIEF REQUESTED

2. The Debtor is a corporation, who intends to use his disposable monthly income to fund a chapter 11 plan for the benefit of his creditors.

A. **The Bank Accounts**

3. Prior to the Petition Date, the Debtors maintained a checking account with US Bank, N.A (US Bank) ending in #5430 in the ordinary course of business.

4.      The Debtor requests permission to maintain the US Bank Checking Account notwithstanding the United States Trustee's requirement that existing bank accounts be closed and new post-petition bank accounts be opened.  If enforced in this case, such requirements are unduly burdensome for this individual Debtor.

5.      Furthermore, US Bank is a nationally recognized, large banking institution with FDIC insurance (up to an applicable limit per account).

6.      In order to avoid delays in post-petition payments and to ensure minimally disruptive transition into chapter 11, Debtor respectfully asks that he be permitted to continue to maintain its existing US Bank Account.  Subject to a prohibition against honoring prepetition checks without specific authorization from this Court, the Debtor requests that the US Bank Account be deemed debtor-in-possession accounts and that their maintenance and continued use, in the same manner and with the same account numbers, styles, and document forms as those employed during the prepetition period, be authorized.

**B.  Cash Management System**

7.      Moreover, in order to use the property of the estate and to ensure an orderly transition into chapter 11, the Debtor also requests authority to continue to use his existing cash management system as it may be modified as required by the Debtor in the exercise of his business judgment.

8.      A requirement that the Debtor adopt new, segmented cash management systems would incur otherwise unnecessary expenses, would create unnecessary administrative problems, and ultimately would be more disruptive than productive.

### C. Business Forms and Checks

9. In order to minimize disruption to his operations and avoid unnecessary expenses, the Debtor also requests that he be authorized to continue to use all correspondence, business forms and checks existing immediately prior to the Petition Date without reference to the Debtor's status as a debtor-in-possession.

## NOTICE

10. The Debtor has sent at least seven (7) days' written notice of this Motion to the United States Trustee, the Subchapter V Trustee, and all other parties requesting notice of pleadings by CM/ECF. The Debtor submits that no other or further notice need be provided under the circumstances.

**WHEREFORE**, Spraytech LLC, respectfully asks that this Court enter an order substantially in the form accompanying the Motion and for such other further relief as the Court deems just.

July 14, 2025                              Spraytech LLC.
                                           By:   David Freydin
                                           One of its Counsel

David Freydin
Law Offices of David Freydin, 8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
*Bankruptcy Counsel for the Debtor*