UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Spraytech LLC <br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case Number: 25-10140 <br><br> Chapter: 11 <br><br> Honorable Jacqueline Cox <br> SELECT IF OUTLYING AREA |

**ORDER AND NOTICE OF HEARING
ON CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**

THIS MATTER coming before the Court on the status hearing on the Debtors' Plans of Reorganization; the Debtor and Debtor in Possession, Spraytech LLC, (the "Debtor") having filed a Plan of Reorganization on September 29, 2025 [Dkt 32] (the "Plan"); and Court finding notice of the hearing to be sufficient and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. A hearing on confirmation of the Plan is scheduled for December 09, 2025 at 1:30 pm, before the Honorable Jacqueline P Cox in Courtroom 680 located at 219 S. Dearborn St, Chicago, IL 60604 or via Zoom for Government. Only parties and their counsel may appear for the confirmation hearing electronically using Zoom for Government. All others must appear in person.

To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

Meeting ID and passcode. The meeting ID for this hearing is 161 273 2896, and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

2. December 03, 2025 is fixed as the last day for filing written acceptances or rejections of the Plans.

3. December 03, 2025 is fixed as the last day for filing and serving written objections to confirmation of the Plans. Service of objections shall be made via ECF or mail to Debtor's counsel (at the address below), Acting U.S. Trustee Adam Brief, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604, and Sub Chapter V Trustee, Matthew Brash, Newpoint Advisors Corporation, 5600 N. River Road, Suite 800, Rosemont, IL 60018.

4. December 05, 2025 is fixed as the date by which the Debtor must file with the court a ballot report.

5. No later than October 21, 2025, a copy of this Order along with the Plans and a Ballot for Accepting or Rejecting the Plans (Official Form 314) shall be mailed to creditors, equity interest

holders
and other parties in interest and transmitted to the United States Trustee and the Sub Chapter V Trustee, Matthew Brash.

Enter:

*Jacqueline P. Cox*
J. Cox
United States Bankruptcy Judge

Dated: 10-14-25

**Prepared by:**
David Freydin
Law Offices of David Freydin, 8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
Bankruptcy Counsel for the Debtor